## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ARVIN HAMPTON**                                                                                    **PLAINTIFF**

**v.**                                        **Case No. 4:25-cv-1104-JM**

**SOCIAL SECURITY ADMINISTRATION,**
**COMMISSIONER**                                                                               **DEFENDANT**

### JUDGMENT

Consistent with the Order that was entered on this day, and previous Orders in this case, it

is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 20th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE